RECEIVED
SEP 0 6 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western DIVISION

Dr. Charay Sharonda Dupree Smith,

_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Ancora Education (Traci Hughes)
Andrea Snow, Esquire
Yinet Vento

_____)
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:22-CV-00354-D
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 1537 Stackhouse Drive Fayetteville, NC 28314

2. Defendant(s) name(s): Ancora Education (Traci Hughes) Andrea Snow, Yinet Vento

1

Location of principal office(s) of the named defendant(s):
2241 S. Watson Rd. Arlington, TX 76010

Nature of defendant(s) business: Proprietary Education

Approximate number of individuals employed by defendant:
1001-5000

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) ✓ Other acts as specified below:

Left me out of essential conversations, necessary to do my job, not allowing me to supervise staff. Limiting access. Belittling + harrassing me due to my acceptance at a major, majority white conference, where defendants believed "I did not belong." Failure to pay 10 PTO days, breach in contract, disability exclusion. Retaliation

2

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __✓__ not presently employed by the defendant.

   The dates of employment were April 26, 2021 - August 20, 2021

   Employment was terminated because:

   (1) __✓__ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __✓__ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) __✓__ other as specified below:

   __disability__

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Yinet Vento, Executive Director Miller Motte Raleigh
   Andrea Snow, Vice President, Ancora Operations

3

8. The alleged discrimination occurred on or about July 2021

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:
- Limited access to information needed to supervise staff
- Prevented me from attending "Majority white" conference
- Failed to provide reasonable accomodations related to disability

10. The alleged illegal activity took place at: Miller Motte-College, Raleigh

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about August 20, 2021. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on June 20, 2022.

4

12. I seek the following relief:

   (A) __✓__ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __✓__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   09/06/2022
   Date

   *Charay S. Smith*
   Signature of Plaintiff

   1537 Stackhouse Dr.
   Fayetteville, NC 28314
   9108857006
   Address and Phone Number of Plaintiff