IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-354-D

CHARAY DUPREE SMITH, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
ANCORA EDUCATION, )
ANDREA SNOW, and )
YINET VENTO, )
)
    Defendants. )

The court GRANTS the motion to dismiss of defendants Andrea Snow and Yinet Vento [D.E. 12]. See, e.g., Baird, ex rel. Baird v. Rose, 192 F.3d 462, 471–72 (4th Cir. 1999); Lissau v. S. Food Serv. Inc., 159 F.3d 177, 180–81 (4th Cir. 1998). The claims against Snow and Vento are DISMISSED WITH PREJUDICE. Ancora Education is the sole remaining defendant.

SO ORDERED. This 13 day of February, 2023.

                                                   JAMES C. DEVER III
                                                 United States District Judge