IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-354-D

CHARAY DUPREE-SMITH,        )
                            )
              Plaintiff,    )
                            )
      v.                    )           **ORDER**
                            )
ANCORA EDUCATION,           )
                            )
              Defendant.    )

On November 30, 2023, plaintiff moved for referral to mandatory mediation and for an extension of time to complete discovery [D.E. 30]. On December 4, 2023, defendant responded in opposition [D.E. 31, 32]. The court agrees with defendant's argument concerning discovery. Thus, the court denies plaintiff's motion to extend discovery. The court does, however, order the parties to conduct a mediated settlement conference in accordance with the Local Alternative Dispute Resolution (ADR) Rules for the Eastern District of North Carolina.

In sum, the court GRANTS IN PART and DENIES IN PART plaintiff's motion [D.E. 30] and AMENDS the scheduling order as follows:

1. All discovery shall be completed by November 30, 2023;

2. Mediation shall be conducted by January 12, 2024;

3. All potentially dispositive motions shall be filed by February 1, 2024;

4. All Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists shall be submitted by April 5, 2024;

5. All objections under Rule 26(a)(3) shall be filed by April 12, 2024; and

6. The matter will be set for trial by separate order in or after May 2024.

SO ORDERED. This the 5 day of December, 2023.

                                                        JAMES C. DEVER III
                                                        United States District Judge