UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-cv-00354-D

| | |
|---|---|
| CHARAY DUPREE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) JOINT NOTICE OF SETTLEMENT |
| ANCORA EDUCATION, | ) |
| Defendant. | ) |

NOW COME Plaintiff, Charay Dupree Smith, and Defendant, Ancora Education (collectively, the "Parties"), by and through undersigned counsel, and provide notice to the Court that this matter has settled.

On February 1, 2024, Defendant filed a Motion for Summary Judgment [D.E. 40]. The Parties have been engaged in continuous informal settlement negotiations, and, on March 12, 2024, the Parties agreed to full and final settlement of this action. Currently, the Parties are in the process of finalizing the settlement agreement and obtaining necessary signatures. Once finalized, the Parties will file a Stipulation of Dismissal With Prejudice.

This the 12th day of March, 2024.

[SIGNATURES TO FOLLOW ON NEXT PAGE]

| **GREEN MISTRETTA LAW, PLLC** | **K&L GATES LLP** |
|---|---|
| /s/ Aliyah S. Adams | /s/ Bryan L. Cantley |
| Aliyah S. Adams, N.C. State Bar No. 58756 | David C. Lindsay, N.C. State Bar No. 24380 |
| Dawn T. Mistretta, N.C. State Bar No. 31691 | Bryan L. Cantley, N.C. State Bar No. 47626 |
| 1752 Heritage Center Drive, Suite 101 | 301 Hillsborough Street, Suite 1200 |
| Wake Forest, North Carolina 27587 | Raleigh, North Carolina 27603 |
| Telephone: (919) 278-7453 | Telephone: (919) 743-7304 |
| Facsimile: (855) 876-8893 | Facsimile: (919) 516-2004 |
| aadams@gmlawyers.org | david.lindsay@klgates.com |
| dmistretta@gmlawyers.org | bryan.cantley@klgates.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |