UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-cv-354-D-KS

| | |
|---|---|
| CHARAY DUPREE-SMITH, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) JOINT STIPULATION OF DISMISSAL<br>) WITH PREJUDICE<br>) |
| ANCORA EDUCATION, | )<br>) |
| Defendant. | ) |

NOW COMES Plaintiff, Charay Dupree-Smith ("Plaintiff"), and Defendant, Ancora Education ("Defendant"), by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that all of Plaintiff's claims against Defendant in this lawsuit are hereby dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

This the 9th day of April, 2024.

**GREEN MISTRETTA LAW, PLLC**

/s/ Aliyah S. Adams
Dawn T. Mistretta, N.C. State Bar No. 31691
Aliyah S. Adams, N.C. State Bar No. 58756
1752 Heritage Center Drive, Suite 101
Wake Forest, North Carolina 27587
Telephone: (919) 278-7453
Facsimile: (855) 876-8893
dmistretta@gmlawyers.org
aadams@gmlawyers.org
*Counsel for Plaintiff*

**K&L GATES LLP**

/s/ Bryan L. Cantley
Bryan L. Cantley, N.C. State Bar No. 47626
David C. Lindsay, N.C. State Bar No. 24380
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7304
Facsimile: (919) 516-2004
bryan.cantley@klgates.com
david.lindsay@klgates.com
*Counsel for Defendant*